Todd O. Litfin (State Bar No. 181152)
  City Attorney, City of Adelanto
  tlitfin@rutan.com
Mark J. Austin (State Bar No. 208880)
  maustin@rutan.com
Megan K. Garibaldi (State Bar No. 268558)
  mgaribaldi@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Defendants
CITY OF ADELANTO; ADELANTO
COMMUNITY CORRECTIONAL FACILITY;
ROBERT ROUSE; JASON LAMPITT; RONALD
ANDERSON; and BRIAN WESTER

JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG - 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MALLAR, | Case No. CV11-02549 GAF (JEMx) |
| Plaintiff, | [PROPOSED] JUDGMENT ON MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CITY OF ADELANTO; ADELANTO CORRECTIONAL FACILITY; WARDEN CALVIN WHITE; CAPTAIN FRED EVERLY; LT. MICHAEL HASS; LT. ROBERT ROUSE; OFFICER BRIAN WESTER; OFFICER THOMAS JENKINS; OFFICER JASON LAMPITT; OFFICER KYLE UPHAM; BUSINESS MANAGER JOHN SPINGLER; and DOES 1 THROUGH 50, | **Hearing:** <br> DATE:  July 29, 2013 <br> TIME:  9:30 a.m. <br> CRTRM: 740 – Roybal <br>   (Hon. Gary A. Feess) <br><br> Date Action Filed: March 25, 2011 <br> Trial Date: November 19, 2013 |
| Defendants. | |

[PROPOSED] JUDGMENT

This action was scheduled for hearing before the Court on July 29, 2013, the Honorable Gary Allen Fees, District Judge, Presiding, on a Motion for Summary Judgment, or Alternatively for Partial Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure ("Motion"), filed by Defendants City of Adelanto, Adelanto Community Correctional Facility, Lieutenant Robert Rouse, Sergeant Ronald Anderson, Correctional Officer Brian Wester, and Correctional

Rutan & Tucker, LLP
attorneys at law

2460/026150-0034
5988412.1 a08/01/13

-1-

Case No. CV11-02549 GAF (JEMx)
[PROPOSED] JUDGMENT

1 Officer Jason Lampitt (collectively, "Defendants"). On July 24, 2013, the Court
2 issued an order vacating the hearing date on the Motion and granting the Motion in
3 its entirety for the reasons set forth therein (the "Order"). For the reasons set forth
4 in the Order, the Court having considered the arguments in the moving, opposing,
5 and reply papers,

6 **IT IS HEREBY ORDERED AND ADJUDGED** that, consistent with the
7 Order, Plaintiff David Mallar shall take nothing by way of his Complaint, this action
8 shall be, and hereby is, dismissed on the merits, and Defendants shall recover their
9 costs of suit herein.

10
11 Dated: 8/6/13
12 Hon. Gary Allen Fees
United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

2460/026150-0034
5988412.1 a08/01/13

-2-

Case No. CV11-02549 GAF (JEMx)
[PROPOSED] JUDGMENT